UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WEST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-02370-EMC<br><br>**ORDER VACATING HEARING AND SETTING CASE STATUS CONFERENCE**<br><br>Docket Nos. 102–104, 117 |

In light of this Court's August 21, 2023, Order Appointing Counsel and stay of proceedings through September 18, 2023 (Docket No. 117), the Court hereby **VACATES** the hearing set for October 5, 2023, in this action, regarding Defendants' First Motion to Dismiss Second Amended Complaint (Docket No. 102), Motion to Dismiss Second Amended Complaint (Docket No. 103), and Motion to Dismiss Claims Within Second Amended Complaint (Docket No. 104). A case status conference shall take place at **2:30 p.m., October 10, 2023**, via Zoom teleconference. Parties shall submit a joint status report on how to proceed in the action by **October 3, 2023**. Parties shall consider whether, in light of Plaintiff being appointed counsel, Plaintiff will seek to amend the Second Amended Complaint or whether parties ask that the Second Amended Complaint and responsive motions remain operative.

**IT IS SO ORDERED**.

Dated: August 22, 2023

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge