UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WEST,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendants. | Case No.  21-cv-02370-EMC   (EMC)<br><br>**ORDER STAYING BRIEFINGS ON PENDING MOTION TO DISMISS**<br><br>Docket Nos. 102, 103, 104, 121 |

In consideration of Parties' request to stay the briefings on the pending motions to dismiss until December 4, 2023 (Docket No. 121) the Court hereby **GRANTS** this request.  The briefing shall be stayed.  To the extent that the parties' settlement negotiations are unsuccessful the Court will set forth a briefing schedule when the stay expires.

**IT IS SO ORDERED**.

Dated: October 5, 2023

_____
EDWARD M. CHEN
United States District Judge