UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WEST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLIDE FOUNDATION, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-02370-EMC<br><br>**ORDER DENYING LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Docket No. 149 |

　　　　On October 8, 2024, Plaintiff filed a motion for leave to a file a motion for reconsideration (Docket No. 149) of this Court's Order closing the case at Docket No. 147. The Court denies Plaintiff's request, as none of the grounds for reconsideration are met. Civil L.R. 7-9. The Court was aware of and considered all facts the Plaintiff has cited. It does not find any error or oversight in its Order at Docket No. 149 warranting reconsideration.

　　　　Plaintiff's request is DENIED, and the case remains CLOSED.

　　　　**IT IS SO ORDERED**.

Dated: October 9, 2024

_____
EDWARD M. CHEN
United States District Judge